1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ORLANDO MADUENO,

11            Plaintiff,                    No. 2:11-cv-0589-JAM-JFM (PC)

12        vs.

13   ARAMARK FOOD SERVICE
     PROVIDER; SOLANO COUNTY;

14
              Defendants.            FINDINGS & RECOMMENDATIONS

15
     _____/

16
              By an order filed November 9, 2011, this court ordered plaintiff to complete and

17
     return to the court, within thirty days, the USM-285 forms necessary to effect service on

18
     defendants.  That thirty day period has since passed, and plaintiff has not responded in any way

19
     to the court's order.

20
              IT IS HEREBY RECOMMENDED that this action be dismissed without

21
     prejudice.  See Fed. R. Civ. P. 41(b).

22
              These findings and recommendations will be submitted to the United States

23
     District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

24
     fourteen days after being served with these findings and recommendations, plaintiff may file

25
     written objections with the court.  The document should be captioned "Objections to Findings

26

1

1   and Recommendations."   Any response to the objections shall be filed and served within

2   fourteen days after service of the objections.  Plaintiff is advised that failure to file objections

3   within the specified time may waive the right to appeal the District Court's order.  Martinez v.

4   Ylst, 951 F.2d 1153 (9th Cir. 1991).

5   DATED: December 22, 2011.

6

7                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE
8

9   /014;made0589.fusm

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26